United States Courts
Southern District of Texas
FILED

MAR - 3 2014

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERMANE McBURNIE | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| FRENCH TRUCKING, INC. | § | |
| AND DANNY M. MILLS | § | |
| Defendant | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

GERMANE McBURNIE (Plaintiff) brings this civil action for recovery of damages against FRENCH TRUCKING, INC. and DANNY M. MILLS (Defendants) as a result of severe injuries he sustained in a vehicular collision that occurred on March 15, 2012 in Kenedy County, Texas.

1. **Parties**

    a.  Plaintiff is :

    Germane McBurnie
    1004 Tesoro Avenue
    Rancho Viejo, TX 78575
    Telephone: (617) 840-4246
    Last three numbers of party's driver's license number: 824
    Last three numbers of the party's social security number: 659

    Plaintiff is a resident of, and citizen in, the State of Texas.

    b.  The address of Defendant, FRENCH TRUCKING, INC. is:

    French Trucking, Inc.
    160 Bud Crockett Drive
    Lexington, TN 38351

FRENCH TRUCKING, INC. is a non- esident or foreign corporation with its principal place of business in the State of Tennessee. Said Defendant does not maintain a registered agent for service in the State of Texas despite the fact that at all times material herein, said Defendant was conducting and transacting business in the State of Texas. As a nonresident motor carrier that does not maintain an agent for service in the State of Texas, the Chairman of the Texas Transportation Commission is deemed to be its registered agent for service pursuant to Texas Practice and Remedies Code, Section 17.062: Pursuant thereto, service of process may be accomplished by serving the following individual via certified mail, return receipt requested: Chairman Ted Houghton, Texas Transportation Commission, 125 East 11th Street, Austin, TX 78701-2483.

    c.    The address of Defendant, DANNY M. MILLS, is

> Danny M. Mills
> 1140 Hebron Road
> Middleton, TN 38052

DANNY M. MILLS resides in, and is a citizen of, the State of Tennessee, and may be personally served with process at his address as stated above.

**2.**    **Statement of the Grounds for Jurisdiction of the Suit**

Plaintiff is a citizen of the State of Texas. Both Defendants reside in, and are citizens of, the State of Tennessee. The amount in controversy, without interest and costs, exceeds the sum or value specified in 28 U.S.C. §1332. The Court has jurisdiction of the suit because there is complete diversity of citizenship as defined in 28 U.S.C. §1332.

**3.**    **Jurisdiction *In Personam* over Defendants**

This court has general jurisdiction *in personam* over Defendants under Texas Civil because the Defendants, at all times material herein, have conducted and transacted business in the State of Texas and have had continuous and systematic activities within the State of Texas..

4. **Venue**

Since this is a civil action wherein jurisdiction is founded only on diversity of citizenship, this suit may be brought in this judicial district because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district as specified in 28 U.S.C. 1391(a)(2).

5. **Statement of the Claims**

   a. **The Occurrence**

On March 15, 2012, Plaintiff, Germane McBurnie, was driving a 2002 Hyundai Accent passenger car southbound on U.S. Highway 77 (a two-lane highway) in the right hand lane in Kenedy County, Texas. The Defendant, DANNY M. MILLS, an employee of Defendant, FRENCH TRUCKING, INC., was operating a 2006 Volvo truck-tractor and hauling a semi-trailer. The truck and trailer, which were owned and maintained by Defendant, FRENCH TRUCKING, INC., was following directly behind the Plaintiff in the right hand lane. DANNY M. MILLS, who was traveling at a high rate of speed and following too closely behind the Plaintiff, began a maneuver to pass the Plaintiff's vehicle. At that point in time, as he was moving into the left hand lane, DANNNY M. MILLS realized that there was an oncoming northbound vehicle in close proximity. In reaction thereto, DANNY M. MILLS began braking while reentering the southbound lane, but was too late. When his vehicle had moved over to the southbound lane shoulder, he collided with the right rear quarter panel Plaintiff's vehicle. As a proximate result, Plaintiff, GERMANE McBURNIE caused to sustain substantial property

damages to her vehicle and serious bodily injuries

### b. Cause of Action Against Defendant, Danny M. Mills

Defendant, DANNY M. MILLS, had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein. Plaintiffs' damages and the occurrence in question were proximately caused by Defendant DANNY M. MILLS' negligent disregard of said duty.

Under Texas Transportation Code Section 542.001, the Code applies to this crash because Title 7 (Vehicles and Traffic), subtitle C (Rules of the Road) relates to the operation of vehicles and the vehicles in question were being operated on a roadway or street.

Said Defendant's negligence consisted of, but is not limited to, the following acts and omissions:

A. Defendant failed to keep a proper lookout for Plaintiffs' safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances; and,

B. Defendant was traveling at an excessive, unsafe speed;

C. Defendant failed to apply his brakes in a timely manner;

D. Defendant failed to maintain control of his truck/trailer combination;

E. Defendant was following too closely behind the Plaintiff; and,

F. Defendant attempted to pass the Plaintiff's vehicle when it was unsafe to do so.

### c. Vicarious Liability of Defendant, French Trucking, Inc.

At the time of the occurrence in question, DANNY M. MILLS was an employee of Defendant, FRENCH TRUCKING, INC. and was within the course and scope of his employment. Therefore, Defendant FRENCH TRUCKING, INC. is vicariously liable for the negligent acts of its employee, DANNY M. MILLS.

6. **Demand for the Relief Sought**

Plaintiff demands that the court render judgment for and in favor of Plaintiff and against the Defendants, adjudging that Plaintiff recover:

    a. Compensatory damages for personal injury in the unliquidated amount to be established at the trial;

    b. Pre-judgment interest on the amounts of compensatory damages for which he is entitled to recover;

    c. Post-judgment interest on the amounts of damages for which he is entitled to recover; and,

    d. Costs of Court.

7. **Demand for Jury Trial**

Plaintiff demands trial by jury.

Respectfully submitted,

By: /s/ David M. Adkisson

David M. Adkisson, Attorney at Law
Begum Law Group
5826 IH 10 West
San Antonio, Texas 78201
Telephone: (210) 564-9854
Telefax: (210) 564-9857
Texas SBN: 00921100
Email: david.adkisson@satx.rr.com

ATTORNEY IN CHARGE FOR PLAINTIFF

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
McBURNIE, GERMANE

## DEFENDANTS
FRENCH TRUCKING, INC.
MILLS, DANNY M.

**(b)** County of Residence of First Listed Plaintiff **CAMERON (TEXAS)**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **HENDERSON (TN)**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
DAVID M. ADKISSON
BEGUM LAW GROUP, 5826 IH 10 WEST, SAN ANTONIO, TX 78201
(210) 564-9854C

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 U.S.C. 1332**
Brief description of cause:
**COLLISION BETWEEN TRACTOR/TRAILER (DEFENDANT) AND PLAINTIFF'S CAR IN KENEDY COUNTY**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 02/27/2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE